FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 0 2 2011

AT _____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL LIGHTFOOT

Plaintiff

v      Civil Action No. RDB-11-1089

STEPHANIE RAWLING-BLAKE
and BERNARD JACK YOUNG

Defendants

\*\*\*

## MEMORANDUM OPINION

The above-captioned case was filed on April 26, 2011, together with a Motion to Proceed in Forma Pauperis. ECF No. 2. Because he appears indigent, Plaintiff's Motion shall be granted.

The Complaint is filed pursuant to the Sherman Act. *See* 15 U.S.C. §15. Plaintiff requests a temporary injunction which would prohibit Defendants from conducting sealed bid sales of properties subject to delinquent tax and municipal liens over the internet. ECF No. 1. He alleges the practice of taking bids over the internet contributed to a conspiracy among local attorneys who rigged the sales which resulted in several criminal convictions of the parties involved. Plaintiff provides no names or dates with respect to the alleged criminal conduct.

As presented the Complaint does not state a claim upon which relief may be granted. While the Sherman Act permits suits to be filed by private individuals when its prohibitions have been violated, the person filing suit must have been injured by the alleged violation. Additionally, the Act provides for monetary damages, not injunctive relief. Plaintiff has included no information or allegations from which this Court might conclude that a planned delinquent tax and municipal lien sale in May, 2011 would cause him harm. Likewise, there is

no allegation that Plaintiff has been harmed by alleged past violations of the Act. Accordingly, the Complaint shall be dismissed without prejudice by separate Order which follows.

April 28, 2011
Date

/s/ Richard D. Bennett
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE